**PLEASE TYPE OR PRINT**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: _____

Case No.: _____   Chapter: _____

**Change of Address for**:
Debtor ___ Creditor ___ Attorney for Debtor ___ Attorney for Creditor___

**Change for:**
Notices ONLY ___ Payments ONLY ___ Notices and Payments ___

EFFECTIVE DATE OF CHANGE:        _____

Name:                              _____

Prior Address:                     _____
                                   _____
                                   _____

*************************************************************************

New Address:                       _____
                                   _____
                                   _____

Change of Address Was Furnished By:   Debtor_____   Creditor_____   Attorney _____

Date: _____         Signature of Filer: _____
                        Telephone Number: _____

**IF FILED BY ATTORNEY**

Attorney Name:                     _____

Bar ID:                            _____
Address:                           _____
                                   _____

Revised August 2012